UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| NORTH AMERICAN SPECIALITY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 2:16-CV-263 |
| HERITAGE GLASS, LLC; DANIEL VICTOR DAVIS, individually; and THOMAS ERIC KERNEY, individually, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated January 9, 2017, [Doc. 31]. In that Report and Recommendation, the Magistrate Judge recommends that the plaintiff's motions for default judgment against defendants Heritage Glass, LLC and Thomas Kerney, [Docs. 18, 19] be granted. No objections to the recommendation have been filed.

Thus, after consideration of the record as a whole and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby ORDERED that this Report and Recommendation, [Doc. 31], is ADOPTED and APPROVED and that the plaintiff's motions for default judgment, [Docs. 18, 19] are GRANTED. Defendants Heritage Glass, LLC and Thomas Kerney shall be jointly and severally liable to the plaintiff in

the amount of $750,000.00 and $14,774.76 in attorney fees, for a total amount of $764,774.76 plus post-judgment interest.

ENTER:

s/J. RONNIE GREER<br>UNITED STATES DISTRICT JUDGE